Case 1:08-cv-03016   Document 3   Filed 05/23/2008   Page 1 of 2

FILED
MAY 23 2008
MAY 2 3 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) HENRY C. RENKEN

v.

Defendant(s) UNITED STATES

)
)
)
)
)

**08CV3016**
**JUDGE COAR**
**MAG. JUDGE ASHMAN**

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Henry C. Renken**, declare that I am the (check appropriate box)
   [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

   I am presently incarcerated at FCI Waseca, and am unable to retain counsel.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [X] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status. With US Supreme Court May 1, 2007; Current financial statement/certificate attached.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   *Henry C. Renken*
   Movant's Signature
   P.O. Box 1731
   Waseca, MN  56093
   Street Address

   City/State/Zip

Date: 4/28/08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

Date: 03/27/2008
Time: 11:02:30 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

TRUST FUND ACCOUNT

by: WAS

FILED MAY 2 3 2008 mp

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV3016
JUDGE COAR
MAG.JUDGE ASHMAN

Start Date: 06/27/2007
End Date: 03/27/2008
Inmate Reg#: 15058424
Account Status: All
Institution: All

Inmate Reg#:       15058424
Inmate Name:       RENKEN, HENRY CARL
Current Site Name: Waseca FCI
Housing Unit:      WAS-A-A

**General Information**

Living Quarters:        A11-208U
Arrived From:           OXF
Transferred To:
Account Creation Date:  11/14/2002

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 07/02/2007 07:09:32 PM | | | 76 | Sales | ($19.24) | | $5.14 |
| WAS | 07/04/2007 04:30:52 PM | TFN0704 | | | Phone Withdrawal | ($2.00) | | $3.14 |
| WAS | 07/05/2007 12:34:40 PM | GJV044 | | | Payroll - UNICOR | $89.20 | | $92.34 |
| WAS | 07/06/2007 12:18:50 PM | GCMS0607 | | | Payroll - TF | $38.00 | | $130.34 |
| WAS | 07/10/2007 01:08:23 PM | | | 1608 | Gift | ($25.00) | | $105.34 |
| WAS | 07/15/2007 05:36:57 PM | TFN0715 | | | Phone Withdrawal | ($3.00) | | $102.34 |
| WAS | 07/17/2007 07:10:22 PM | | | 92 | Sales | ($11.55) | | $90.79 |
| WAS | 07/19/2007 05:34:28 PM | TFN0719 | | | Phone Withdrawal | ($2.00) | | $88.79 |
| WAS | 07/24/2007 07:08:21 PM | | | 65 | Sales | ($18.15) | | $70.64 |
| WAS | 07/25/2007 05:50:15 PM | TFN0725 | | | Phone Withdrawal | ($2.00) | | $68.64 |
| WAS | 07/29/2007 05:14:12 PM | TFN0729 | | | Phone Withdrawal | ($2.00) | | $66.64 |
| WAS | 07/31/2007 07:04:08 PM | | | 61 | Sales | ($24.45) | | $42.19 |
| WAS | 08/01/2007 07:09:26 PM | TFN0801 | | | Phone Withdrawal | ($3.00) | | $39.19 |
| WAS | 08/02/2007 07:07:25 PM | TFN0802 | | | Phone Withdrawal | ($2.00) | | $37.19 |
| WAS | 08/03/2007 09:50:09 AM | GJV051 | | | Payroll - UNICOR | $105.16 | | $142.35 |
| WAS | 08/07/2007 10:09:02 AM | GCMS0707 | | | Payroll - TF | $29.45 | | $171.80 |
| WAS | 08/07/2007 07:10:34 PM | | | 75 | Sales | ($19.80) | | $152.00 |
| WAS | 08/11/2007 06:26:08 PM | TFN0811 | | | Phone Withdrawal | ($2.00) | | $150.00 |
| WAS | 08/14/2007 07:21:17 PM | | | 99 | Sales | ($9.55) | | $140.45 |
| WAS | 08/15/2007 05:35:29 PM | TFN0815 | | | Phone Withdrawal | ($3.00) | | $137.45 |
| WAS | 08/21/2007 07:06:36 PM | | | 67 | Sales | ($9.05) | | $128.40 |

Page 1

Date: 03/27/2008
Time: 11:02:31 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: WAS

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 15058424 | Living Quarters: | A11-208U |
| Inmate Name: | RENKEN, HENRY CARL | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | WAS-A-A | Account Creation Date: | 11/14/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 08/22/2007 06:18:08 PM | TFN0822 | 1841 | | Phone Withdrawal | ($2.00) | | $126.40 |
| WAS | 08/23/2007 08:23:10 AM | | | | Support | ($100.00) | | $26.40 |
| WAS | 08/26/2007 05:37:07 PM | TFN0826 | | | Phone Withdrawal | ($2.00) | | $24.40 |
| WAS | 08/28/2007 07:09:46 PM | 54 | | | Sales | ($15.00) | | $9.40 |
| WAS | 08/29/2007 05:36:20 PM | TFN0829 | | | Phone Withdrawal | ($1.00) | | $8.40 |
| WAS | 09/02/2007 07:09:25 PM | TFN0902 | | | Phone Withdrawal | ($2.00) | | $6.40 |
| WAS | 09/03/2007 06:20:30 PM | TFN0903 | | | Phone Withdrawal | ($2.00) | | $4.40 |
| WAS | 09/04/2007 07:11:34 PM | 90 | | | Sales | ($3.90) | | $0.50 |
| WAS | 09/06/2007 08:07:37 AM | GJV054 | | | Payroll - UNICOR | $54.52 | | $55.02 |
| WAS | 09/06/2007 11:33:05 AM | 28 | | | Sales | ($6.00) | | $49.02 |
| WAS | 09/06/2007 07:32:17 PM | TFN0906 | | | Phone Withdrawal | ($2.00) | | $47.02 |
| WAS | 09/07/2007 10:10:10 AM | GCMS0807 | | | Payroll - TF | $28.50 | | $75.52 |
| WAS | 09/09/2007 05:51:29 PM | TFN0909 | | | Phone Withdrawal | ($3.00) | | $72.52 |
| WAS | 09/11/2007 07:09:35 PM | 69 | | | Sales | ($17.60) | | $54.92 |
| WAS | 09/16/2007 03:30:07 PM | TFN0916 | | | Phone Withdrawal | ($2.00) | | $52.92 |
| WAS | 09/18/2007 07:13:40 PM | 85 | | | Sales | ($10.65) | | $42.27 |
| WAS | 09/18/2007 07:14:17 PM | 86 | | | Sales | ($2.25) | | $40.02 |
| WAS | 09/20/2007 05:28:29 PM | TFN0920 | | | Phone Withdrawal | ($1.00) | | $39.02 |
| WAS | 09/23/2007 03:19:20 PM | TFN0923 | | | Phone Withdrawal | ($2.00) | | $37.02 |
| WAS | 09/26/2007 11:09:11 AM | 6 | | | Sales | ($7.55) | | $29.47 |
| WAS | 09/26/2007 05:53:44 PM | TFN0926 | | | Phone Withdrawal | ($4.00) | | $25.47 |
| WAS | 10/01/2007 05:21:38 PM | TFN1001 | | | Phone Withdrawal | ($2.00) | | $23.47 |
| WAS | 10/03/2007 09:54:51 AM | GJV064 | | | Payroll - UNICOR | $55.55 | | $79.02 |
| WAS | 10/03/2007 05:39:43 PM | TFN1003 | | | Phone Withdrawal | ($2.00) | | $77.02 |
| WAS | 10/03/2007 07:20:03 PM | 71 | | | Sales | ($20.65) | | $56.37 |
| WAS | 10/05/2007 01:25:01 PM | HCMS0907 | | | Payroll - TF | $18.05 | | $74.42 |
| WAS | 10/05/2007 05:45:13 PM | TFN1005 | | | Phone Withdrawal | ($2.00) | | $72.42 |
| WAS | 10/08/2007 05:33:55 PM | TFN1008 | | | Phone Withdrawal | ($2.00) | | $70.42 |
| WAS | 10/08/2007 08:10:24 PM | TFN1008 | | | Phone Withdrawal | ($2.00) | | $68.42 |
| WAS | 10/10/2007 06:21:17 PM | TFN1010 | | | Phone Withdrawal | ($3.00) | | $65.42 |

Date: 03/27/2008  
Time: 11:02:31 am

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: WAS

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 15058424 | Living Quarters: | A11-208U |
| Inmate Name: | RENKEN, HENRY CARL | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | WAS-A-A | Account Creation Date: | 11/14/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| WAS | 10/16/2007 09:07:40 AM | HICP1007 | | Inmate Co-pay | ($2.00) | | $63.42 |
| WAS | 10/17/2007 06:30:49 PM | TFN1017 | | Phone Withdrawal | ($2.00) | | $61.42 |
| WAS | 10/17/2007 07:46:11 PM | 56 | | Sales | ($22.30) | | $39.12 |
| WAS | 10/21/2007 03:12:03 PM | TFN1021 | | Phone Withdrawal | ($2.00) | | $37.12 |
| WAS | 10/24/2007 04:43:58 PM | 30 | | Sales | ($11.10) | | $26.02 |
| WAS | 10/27/2007 06:38:05 PM | TFN1027 | | Phone Withdrawal | ($2.00) | | $24.02 |
| WAS | 10/28/2007 10:34:12 PM | TFN1028 | | Phone Withdrawal | ($2.00) | | $22.02 |
| WAS | 10/31/2007 06:28:08 PM | TFN1031 | | Phone Withdrawal | ($2.00) | | $20.02 |
| WAS | 10/31/2007 07:14:09 PM | 57 | | Sales | ($13.80) | | $6.22 |
| WAS | 11/05/2007 01:36:40 PM | HIV003 | | Payroll - UNICOR | $128.35 | | $134.57 |
| WAS | 11/07/2007 08:49:54 AM | HCMS1007 | | Payroll - TF | $31.35 | | $165.92 |
| WAS | 11/10/2007 06:31:02 PM | TFN1110 | | Phone Withdrawal | ($2.00) | | $163.92 |
| WAS | 11/11/2007 06:43:35 PM | TFN1111 | | Phone Withdrawal | ($2.00) | | $161.92 |
| WAS | 11/14/2007 04:53:18 PM | 6 | | Sales | ($26.95) | | $134.97 |
| WAS | 11/14/2007 04:54:36 PM | 7 | | Sales | ($4.10) | | $130.87 |
| WAS | 11/16/2007 09:34:39 AM | | 317 | Support | ($100.00) | | $30.87 |
| WAS | 11/16/2007 04:49:32 PM | TFN1116 | | Phone Withdrawal | ($1.00) | | $29.87 |
| WAS | 11/18/2007 06:21:00 PM | TFN1118 | | Phone Withdrawal | ($2.00) | | $27.87 |
| WAS | 11/19/2007 05:48:55 PM | TFN1119 | | Phone Withdrawal | ($2.00) | | $25.87 |
| WAS | 11/20/2007 07:15:13 PM | 63 | | Sales | ($14.00) | | $11.87 |
| WAS | 11/25/2007 06:54:31 PM | TFN1125 | | Phone Withdrawal | ($2.00) | | $9.87 |
| WAS | 11/28/2007 05:33:22 PM | TFN1128 | | Phone Withdrawal | ($2.00) | | $7.87 |
| WAS | 12/01/2007 05:52:15 PM | TFN1201 | | Phone Withdrawal | ($1.00) | | $6.87 |
| WAS | 12/02/2007 01:47:28 PM | TFN1202 | | Phone Withdrawal | ($1.00) | | $5.87 |
| WAS | 12/02/2007 07:15:40 PM | TFN1202 | | Phone Withdrawal | ($2.00) | | $3.87 |
| WAS | 12/05/2007 07:17:57 PM | 53 | | Sales | ($3.80) | | $0.07 |
| WAS | 12/06/2007 08:18:04 AM | HIV007 | | Payroll - UNICOR | $144.74 | | $144.81 |
| WAS | 12/06/2007 11:52:20 AM | 62 | | Sales | ($6.00) | | $138.81 |
| WAS | 12/07/2007 09:41:54 AM | HCMS1107 | | Payroll - TF | $28.03 | | $166.84 |
| WAS | 12/08/2007 05:34:56 PM | TFN1208 | | Phone Withdrawal | ($1.00) | | $165.84 |

Date: 03/27/2008
Time: 11:02:31 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: WAS

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 15058424 | Living Quarters: | A11-208U |
| Inmate Name: | RENKEN, HENRY CARL | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | WAS-A-A | Account Creation Date: | 11/14/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 12/09/2007 04:53:04 PM | TFN1209 | | | Phone Withdrawal | ($2.00) | | $163.84 |
| WAS | 12/12/2007 05:30:07 PM | 10 | | | Sales | ($11.15) | | $152.69 |
| WAS | 12/14/2007 01:30:02 PM | | | | Gift | ($25.00) | | $127.69 |
| WAS | 12/14/2007 01:31:02 PM | | | | Gift | ($100.00) | | $27.69 |
| WAS | 12/16/2007 01:46:59 PM | TFN1216 | | | Phone Withdrawal | ($2.00) | | $25.69 |
| WAS | 12/16/2007 08:46:28 PM | TFN1216 | | | Phone Withdrawal | ($1.00) | | $24.69 |
| WAS | 12/18/2007 06:35:48 PM | TFN1218 | | | Phone Withdrawal | ($2.00) | | $22.69 |
| WAS | 12/19/2007 07:35:20 PM | 86 | | | Sales | ($9.65) | | $13.04 |
| WAS | 12/25/2007 03:38:01 PM | TFN1225 | | | Phone Withdrawal | ($3.00) | | $10.04 |
| WAS | 12/27/2007 05:37:58 PM | TFN1227 | | | Phone Withdrawal | ($2.00) | | $8.04 |
| WAS | 01/01/2008 12:55:01 PM | TFN0101 | | | Phone Withdrawal | ($2.00) | | $6.04 |
| WAS | 01/01/2008 06:30:43 PM | TFN0101 | | | Phone Withdrawal | ($3.00) | | $3.04 |
| WAS | 01/04/2008 12:45:12 PM | HJV015 | | | Payroll - UNICOR | $163.10 | | $166.14 |
| WAS | 01/07/2008 10:37:54 AM | HCMS1207 | | | Payroll - TF | $37.53 | | $203.67 |
| WAS | 01/08/2008 05:44:28 PM | TFN0108 | | | Phone Withdrawal | ($3.00) | | $200.67 |
| WAS | 01/09/2008 12:48:07 PM | | | | Tithes | ($40.00) | | $160.67 |
| WAS | 01/09/2008 12:48:39 PM | | | | Support | ($100.00) | | $60.67 |
| WAS | 01/10/2008 07:19:23 PM | | 645 | | Sales | $27.30 | | $33.37 |
| WAS | 01/12/2008 05:25:13 PM | TFN0112 | 646 | | Phone Withdrawal | ($3.00) | | $30.37 |
| WAS | 01/16/2008 05:48:04 PM | TFN0116 | | | Phone Withdrawal | ($2.00) | | $28.37 |
| WAS | 01/17/2008 07:03:01 PM | 123 | | | Sales | ($9.35) | | $19.02 |
| WAS | 01/20/2008 05:27:15 PM | TFN0120 | | | Phone Withdrawal | ($2.00) | | $17.02 |
| WAS | 01/23/2008 06:38:18 PM | TFN0123 | | | Phone Withdrawal | ($2.00) | | $15.02 |
| WAS | 01/31/2008 05:45:59 PM | TFN0131 | | | Phone Withdrawal | ($2.00) | | $13.02 |
| WAS | 01/31/2008 07:10:13 PM | 132 | | | Sales | ($8.00) | | $5.02 |
| WAS | 02/03/2008 05:39:09 PM | TFN0203 | | | Phone Withdrawal | ($2.00) | | $3.02 |
| WAS | 02/03/2008 06:40:46 PM | TFN0203 | | | Phone Withdrawal | ($3.00) | | $0.02 |
| WAS | 02/05/2008 09:52:08 AM | HJV023 | | | Payroll - UNICOR | $112.56 | | $112.58 |
| WAS | 02/06/2008 05:32:30 PM | TFN0206 | | | Phone Withdrawal | ($2.00) | | $110.58 |
| WAS | 02/07/2008 02:03:42 PM | HCMS0108 | | | Payroll - TF | $17.10 | | $127.68 |

Date: 03/27/2008  
Time: 11:02:31 am

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: WAS

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 15058424 | Living Quarters: | A11-208U |
| Inmate Name: | RENKEN, HENRY CARL | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | WAS-A-A | Account Creation Date: | 11/14/2002 |

### Transaction Details

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 02/07/2008 07:26:45 PM | 147 | | | Sales | ($23.90) | | $103.78 |
| WAS | 02/09/2008 06:14:02 PM | TFN0209 | | | Phone Withdrawal | ($2.00) | | $101.78 |
| WAS | 02/10/2008 04:42:54 PM | TFN0210 | | | Phone Withdrawal | ($2.00) | | $99.78 |
| WAS | 02/13/2008 01:16:32 PM | | | 848 | Support | ($65.00) | | $34.78 |
| WAS | 02/14/2008 07:20:18 PM | 148 | | | Sales | ($16.28) | | $18.50 |
| WAS | 02/17/2008 06:46:06 PM | TFN0217 | | | Phone Withdrawal | ($2.00) | | $16.50 |
| WAS | 02/19/2008 10:41:42 PM | TFN0219 | | | Phone Withdrawal | ($2.00) | | $14.50 |
| WAS | 02/24/2008 06:40:47 PM | TFN0224 | | | Phone Withdrawal | ($2.00) | | $12.50 |
| WAS | 02/28/2008 05:07:26 PM | TFN0228 | | | Phone Withdrawal | ($2.00) | | $10.50 |
| WAS | 02/28/2008 07:03:38 PM | 134 | | | Sales | ($6.45) | | $4.05 |
| WAS | 03/05/2008 08:47:39 AM | HJV034 | | | Payroll - UNICOR | $102.94 | | $106.99 |
| WAS | 03/05/2008 06:15:56 PM | TFN0305 | | | Phone Withdrawal | ($2.00) | | $104.99 |
| WAS | 03/06/2008 07:03:29 PM | 137 | | | Sales | ($29.35) | | $75.64 |
| WAS | 03/07/2008 10:21:17 AM | HCMS0208 | | | Payroll - TF | $17.10 | | $92.74 |
| WAS | 03/07/2008 08:08:57 PM | TFN0307 | | | Phone Withdrawal | ($2.00) | | $90.74 |
| WAS | 03/09/2008 06:14:52 PM | TFN0309 | | | Phone Withdrawal | ($2.00) | | $88.74 |
| WAS | 03/12/2008 05:37:18 PM | TFN0312 | | | Phone Withdrawal | ($2.00) | | $86.74 |
| WAS | 03/13/2008 05:53:50 PM | TFN0313 | | | Phone Withdrawal | ($2.00) | | $84.74 |
| WAS | 03/17/2008 08:58:17 AM | | | 1034 | Support | ($55.00) | | $29.74 |
| WAS | 03/19/2008 05:30:20 PM | TFN0319 | | | Phone Withdrawal | ($1.00) | | $28.74 |
| WAS | 03/20/2008 07:05:18 PM | 126 | | | Sales | ($15.05) | | $13.69 |
| WAS | 03/22/2008 06:52:17 PM | TFN0322 | | | Phone Withdrawal | ($2.00) | | $11.69 |
| WAS | 03/23/2008 05:28:26 PM | TFN0323 | | | Phone Withdrawal | ($1.00) | | $10.69 |
| WAS | 03/26/2008 06:16:08 PM | TFN0326 | | | Phone Withdrawal | ($1.00) | | $9.69 |
| **Total Transactions:** | **135** | | | | **Totals:** | **($14.69)** | **$0.00** | |

Date: 03/27/2008
Time: 11:02:31 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: WAS

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 15058424 | Living Quarters: | A11-208U |
| Inmate Name: | RENKEN, HENRY CARL | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | WAS-A-A | Account Creation Date: | 11/14/2002 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | $9.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.69 |
| Totals: | $9.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.69 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $856.40 | $872.18 | $48.10 | $106.99 | $43.44 | N/A | N/A |

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, HENRY C. RENKEN, I.D.# 15058-424, has the sum of $ 9⁰⁰ on account to his/her credit at (name of institution) FCI Waseca.
I further certify that the applicant has the following securities to his/her credit: Unknown. I further certify that during the past six months the applicant's average monthly deposit was $ 142.73.
(Add all deposits from all sources and then divide by number of months).

3-26-8
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 10/10/2007

-3-