# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3016 | **DATE** | 6/5/2008 |
| **CASE TITLE** | USA vs. Henry C. Renken | | |

**DOCKET ENTRY TEXT**

The Untied States of America shall respond to the Motion[1] to Vacate, Set Aside or Correct Sentence within 45 days. Henry C. Renken's Motion [3] for appointment of an attorney is denied.

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|